Richard C. J. Wahng, Esq. SBN 225672
Christopher P. Sun, Esq., SBN 250109
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 344-5755 Fax

Attorney for Plaintiff
JESUS MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESUS MARTIN, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>HURRICANE HAULING & DEMOLITION, INC., a California corporation; PAUL SONNABEND, an individual; DAVID SHERMAN, an individual; and DOES 1 through 20 inclusive,<br><br>        Defendants. | Civil Action No. CV14-0409 KAW<br><br>**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff JESUS MARTIN hereby petitions the Court to continue the Initial Case Management Conference (currently scheduled for July 8, 2014 at 1:30 PM) for ninety (90) to one hundred twenty (120) days, in light of the settlement efforts that the parties have initiated through their counsel.  (See Stipulation to Continue below).

///

///

///

1    In addition, the parties have agreed to extend the Defendants' time to file an answer to

2  July 23, 2014.  For this reason as well, Plaintiff requests  continuance of the Initial Case

3  Management Conference.

4

5  Dated: July 1, 2014                                    Law Offices of Richard Wahng

6

7                                                          /s/ CHRISTOPHER P. SUN
                                                          Christopher P. Sun, Esq.
8                                                          Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

Plaintiff's counsel, Christopher P. Sun, and Defendants Hurricane Hauling and Demolition, Inc., Paul Sonnabend, and David Sherman hereby stipulate to continue the Initial Case Management Conference ninety (90) to one hundred twenty (120) days in light of the settlement efforts that the parties have made.  While Defendant Hurricane Hauling and Demolition, Inc. is still unrepresented, Paul Sonnabend and David Sherman have stipulated to the continuance as the owners of Defendant Hurricane Hauling and Demolition, Inc.

Dated: July 1, 2014                                             Law Offices of Richard Wahng


                                                                     _/s/ CHRISTOPHER P. SUN___
                                                                    Christopher P. Sun, Esq.
                                                                    Attorney for Plaintiff

Dated: July 1, 2014


                                                                     __/s/ PAUL SONNABEND___
                                                                    Paul Sonnabend
                                                                    Defendant

Dated: July 1, 2014


                                                                     __/s/ DAVID SHERMAN___
                                                                    David Sherman
                                                                    Defendant

**Attestation re: Electronic Signatures**

In compliance with Local Rule 5-1, I, Christopher P. Sun, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated:  July 1, 2014                          By:       _/s/  CHRISTOPHER P. SUN___
                                                                    Christopher P. Sun

MOTION TO CONTINUE CMC; STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER

1

**[PROPOSED] ORDER**

2          The request by Plaintiff's counsel, Christopher P. Sun, Esq., to continue the Initial Case

3    Management Conference of July 8, 2014 for the aforementioned case is hereby granted.

4          The Initial Case Management Conference shall be set for __November 4, 2014_____.

5          Plaintiff's counsel shall give notice to Defendants of this order.

6

7    IT IS SO ORDERED.

8

9    Dated: 7/2/14                                        _____
                                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO CONTINUE CMC; STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER

4