```
Richard C. J. Wahng, Esq. SBN 225672
Christopher P. Sun, Esq., SBN 250109
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 344-5755 Fax

Attorney for Plaintiff
JESUS MARTIN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESUS MARTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HURRICANE HAULING & DEMOLITION, INC., a California corporation; PAUL SONNABEND, an individual; DAVID SHERMAN, an individual; and DOES 1 through 20 inclusive,<br><br>Defendants. | Civil Action No. CV14-0409 KAW<br><br>AMENDED<br>**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff JESUS MARTIN hereby petitions the Court to continue the Initial Case Management Conference (currently scheduled for November 4, 2014 at 1:30 PM) for sixty (60) days, in light of the settlement efforts from the parties. Negotiations are ongoing and may result in a settlement soon.

///

///

///

///

1 | In addition, Plaintiff's counsel Christopher P. Sun requests the continuance to attend a
2 | family medical emergency in Taipei, Taiwan from October 29, 2014 to November 7, 2014.
3 | (See Stipulation to Continue below).

5 | Dated: October 27, 2014                    Law Offices of Richard Wahng

7 |                                             /s/ CHRISTOPHER P. SUN
  |                                            Christopher P. Sun, Esq.
8 |                                            Attorney for Plaintiff

## STIPULATION

Plaintiff's counsel, Christopher P. Sun, and Defendants Hurricane Hauling and Demolition, Inc., Paul Sonnabend, and David Sherman hereby stipulate to continue the Initial Case Management Conference for sixty (60) days in light of the settlement efforts that the parties have made.  Defendants have also stipulated to continue the Initial Case Management Conference as Plaintiff's counsel will be in Taipei, Taiwan for a family medical emergency. While Defendant Hurricane Hauling and Demolition, Inc. is still unrepresented, Paul Sonnabend and David Sherman have stipulated to the continuance as the owners of Defendant Hurricane Hauling and Demolition, Inc.

Dated: October 27, 2014                          Law Offices of Richard Wahng

                                                                         /s/ CHRISTOPHER P. SUN
Christopher P. Sun, Esq.
Attorney for Plaintiff

Dated: October 27, 2014

                                                                         /s/ PAUL SONNABEND
Paul Sonnabend
Defendant

Dated: October 27, 2014

                                                                           /s/ DAVID SHERMAN
David Sherman
Defendant

## Attestation re: Electronic Signatures

In compliance with Local Rule 5-1, I, Christopher P. Sun, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated:  October 27, 2014                            By:      /s/ CHRISTOPHER P. SUN
                                                                                                     Christopher P. Sun

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The request by Plaintiff's counsel, Christopher P. Sun, to continue the Initial Case |
| 3 | Management Conference of November 4, 2014 for the aforementioned case is hereby granted. |
| 4 | The Initial Case Management Conference shall be set for  January 20, 2015                 . |
| 5 | Plaintiff's counsel shall give notice to Defendants of this order. |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | |
| 9 | Dated: 10/31/14                              *Kandis Westmore* |
|   | UNITED STATES MAGISTRATE JUDGE |