1  Richard C. J. Wahng, Esq. SBN 225672
2  Christopher P. Sun, Esq., SBN 250109
   Law Offices of Richard C. J. Wahng
3  152 Anza Street, Suite 201
   Fremont, CA 94539
4  (510) 490-4447 Telephone
   (510) 344-5755 Fax
5
   Attorney for Plaintiff
6  JESUS MARTIN

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10

11 | JESUS MARTIN, an individual, | Civil Action No. CV14-0409 KAW |

12 |         Plaintiff, | |

13 |     vs. | **MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE;** |

14 | HURRICANE HAULING & DEMOLITION, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** |

15 | INC., a California corporation; PAUL SONNABEND, an individual; DAVID | **[PROPOSED] ORDER** |

16 | SHERMAN, an individual; and DOES 1 through 20 inclusive, | |

17 |  | |

18 |         Defendants. | |

19

20

21     Plaintiff JESUS MARTIN hereby petitions the Court to continue the Initial Case

22 Management Conference (currently scheduled for March 31, 2015 at 1:30 PM) for sixty (60)

23 days, in light of the settlement efforts from the parties.

24 ///

25 ///

26 ///

27 ///

28

1     On or about March 19, 2015, Plaintiff received certain discovery responses from
2  Defendant Paul Sonnabend.  Due to Defendant Sonnabend's discovery responses, Plaintiff will
3  be submitting a written offer for settlement by March 27, 2015.  Negotiations are ongoing and
4  may result in a settlement soon.

6  Dated: March 20, 2015                              Law Offices of Richard Wahng

8                                                      /s/ CHRISTOPHER P. SUN
                                                      Christopher P. Sun, Esq.
9                                                     Attorney for Plaintiff

**STIPULATION**

Plaintiff's counsel, Christopher P. Sun, and Defendants Hurricane Hauling and Demolition, Inc., and Paul Sonnabend hereby stipulate to continue the Initial Case Management Conference for sixty (60) days in light of the settlement efforts that the parties have made. While Defendant Hurricane Hauling and Demolition, Inc. is still unrepresented, Paul Sonnabend has stipulated to the continuance as the owners of Defendant Hurricane Hauling and Demolition, Inc.

Dated: March 20, 2015                              Law Offices of Richard Wahng

  /s/ CHRISTOPHER P. SUN
Christopher P. Sun, Esq.
Attorney for Plaintiff

Dated: March 20, 2015

  /s/ PAUL SONNABEND
Paul Sonnabend
Defendant

**Attestation re: Electronic Signatures**

In compliance with Local Rule 5-1, I, Christopher P. Sun, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated: March 20, 2015                     By:     /s/ CHRISTOPHER P. SUN
    Christopher P. Sun

1 **[~~PROPOSED~~] ORDER**

2   The request by Plaintiff's counsel, Christopher P. Sun, to continue the Initial Case
3 Management Conference of March 31, 2015 for the aforementioned case is hereby granted.
4   The Case Management Conference shall be set for  June 23, 2015                 .
5   Plaintiff's counsel shall give notice to Defendants of this order.

7 IT IS SO ORDERED.

8
9 Dated:  3/24/15                                    _Kandis Westmore_____
                                                      UNITED STATES MAGISTRATE JUDGE